IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01278-BNB

ARRON SMALLCANYON, # 135719,

    Plaintiff,

v.

BEVERLY DOWIS, (PHP) Colorado Dept. of Corrections,
JOANN STOCK, (PHP) Colorado Dept. of Corrections,
KATHLEEN MELLOH, (PHP) Colorado Dept. of Corrections, and
JOHN DOE AND JANE DOE, 1-10 Unknown Defendants, All Named Defendants in
    Their Individual and Official Capacities,

    Defendants.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 23, 2010, at Denver, Colorado.

                      BY THE COURT:

                      s/ Boyd N. Boland
                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01278-BNB

Arron Smallcanyon
Prisoner No. 135719
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk