IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-01278-WYD-MJW

ARRON SMALLCANYON, #135719

   Plaintiff,
v.

BEVERLY DOWIS, (PHP) Colorado Dept. of Corrections,
JOANN STOCK, (PHP) Colorado Dept. of Corrections,
KATHLEEN MELLOH, (PHP) Colorado Dept. of Corrections,

   Defendants.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

   THIS MATTER is before the Court on Defendant's Motion to Dismiss Complaint (ECF No. 26), filed November 29, 2010.  The motion was referred to Magistrate Judge Michael J. Watanabe for a Recommendation by Order of Reference dated November 29, 2010.  Magistrate Judge Watanabe issued a Recommendation on April 18, 2011. Specifically, Magistrate Judge Watanabe recommends that the pending motion be granted.  (Recommendation at 11.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

   Magistrate Judge Watanabe advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation. (Recommendation at 11-12.)  Despite this advisement, no objections were filed to the Recommendation.  No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate."  *Summers v.*

*Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); see also *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Watanabe's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Watanabe that the pending motion should be granted for the reasons stated in both the Recommendation and this Order.

Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Watanabe (ECF No. 31), filed April 18, 2011, is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that the Defendant's Motion to Dismiss Complaint (ECF No. 26), filed November 29, 2010, is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE.**  This matter is hereby dismissed.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

Dated:  May 6, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge